# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Briceton Richard Grant<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:22mj25<br>)<br>)<br>)<br>) |

**FILED** Mar 23 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/19/2021 through 11/10/2021__ in the city/county of __Fredericksburg__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) | Possess with the Intent to Distribute 50 grams or more of Methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Affidavit Attached

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Angela Mastandrea-Miller, AUSA
*Printed name and title*

*Complainant's signature*

Stephen C Lamar, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 03-23-2022

City and state: Richmond, Virginia

/s/ MRC
*Judge's signature*

Hon. Mark Colombell, United States Magistrate Judge
*Printed name and title*