Case No.: 3:22mj25



## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen C. Lamar, depose and say as follows:

1. I am a Detective with the Fredericksburg Police Department (FPD) and have been employed with FPD since December 2016. I am also currently assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since April 2021. I am a duly sworn TFO who is authorized to carry firearms, execute warrants, and make arrests for offenses against the United States and to perform such other duties as authorized by law. I have participated in the preparation and execution of numerous arrest and search warrants for criminal offenses, involving the possession and trafficking of illegal narcotics. I am familiar with the methods narcotics traffickers use to conduct their illegal activities, to include communication methods, vehicles, text messaging, and narcotics transactions. Through my training and experience, I am familiar with the drug culture in and around Fredericksburg, Virginia and locations within the jurisdiction of this Court.

2. I present this affidavit in support of a criminal complaint alleging a violation of Title 21, United States Code, Section 841(a)(1), that is, possession with the intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, by BRICETON GRANT.

3. The information contained in this affidavit is either based on your affiant's personal knowledge and observations, the knowledge and observations of cooperating sources and/or sources of information, or information relayed to your affiant by other federal and state law enforcement officers (collectively referred to as "Agents"). Information and intelligence provided in the investigation by confidential sources and/or sources of information has proven reliable, and when possible has been verified by physical surveillance and other investigative techniques. This affidavit is not intended to include every fact and matter known

to your affiant or the United States of America, and I have set forth only those facts necessary to support probable cause for the alleged violation(s).

4. This investigation began in October of 2021 when patrol units with the City of Fredericksburg Police Department stopped an individual leaving the Super 8 motel at 3002 Mall Ct. in the City of Fredericksburg. That individual was found to be in possession of approximately two pounds (one kilogram) of methamphetamine. That individual agreed to cooperate with investigators to help develop an investigation into their source of supply for methamphetamine.

5. On or about October 27, 2021, members of the Safe Streets Task Force (SSTF) and the Fredericksburg Regional Narcotics Task Force (FRNTF) conducted a controlled delivery of $16,000 in US Currency to BRICETON GRANT. The currency was payment for a previous (approximately two pounds/one kilogram) of methamphetamine GRANT had "fronted."

6. On or about October 29, 2021, members of the SSTF and FRNTF conducted a resupply of methamphetamine from BRICETON GRANT. GRANT contacted the confidential source of information (CSI) and advised them to meet him "downtown." GRANT further advised the CSI to meet him at the 7-11 at 905 Lafayette Blvd in the City of Fredericksburg. The CSI and GRANT met outside the 7-11 and conducted the transaction for the methamphetamine. GRANT was observed leaving the 7-11 in the passenger seat of a vehicle and followed back to the Super 8 Motel where GRANT exited the vehicle and went into the motel. Following the controlled purchase, investigators weighed and field tested the methamphetamine that GRANT had provided the CSI. It was found to be approximately four ounces of methamphetamine.

7. On or about November 2, 2021, members of the SSTF and FRNTF conducted a controlled purchase of methamphetamine from BRICETON GRANT. The controlled purchase was to exchange $1,200 of U.S. Currency for methamphetamine that had already been "fronted" to the CSI on a previous date

and to resupply the CSI with approximately three to four **pounds** of methamphetamine. After the controlled purchase was completed, Detective Lamar met with the CSI at a predetermined location where they were searched and the recording/monitoring equipment was recovered. GRANT provided the CSI with a package wrapped in aluminum foil that was later found to contain three separate packages of methamphetamine. The three separate packages were weighed and field tested and found to be approximately three pounds of methamphetamine.

8. On November 10, 2021 members of the SSTF, FRNT and the US Marshal's Service executed a search warrant at the Super 8 Motel, Room #221. GRANT was found to be sole occupant of the room and the room only contained items belonging to GRANT. As a result of the search warrant, approximately three and a half pounds of methamphetamine, ninety pressed fentanyl pills, three grams of cocaine and $4,590.00 of U.S. Currency were seized.

9. Based on my training and experience I am aware that the quantity of methamphetamine GRANT sold, as set forth herein, is consistent with the intent to distribute and inconsistent with personal use. I am also aware that the drugs that were recovered from the hotel room is a quantity that is consistent with the intent to distribute, and inconsistent with personal use.

10. Laboratory analysis for the methamphetamine recovered from GRANT's hotel room was completed with the forensic scientist making the determination that the quantity recovered was in excess of one and one-half kilograms (i.e. more than 1,500 grams) of methamphetamine with purity levels of between 98.9 and 99.2%. (plus/minus 8.7 and 8.4% respectively).

11. Based on the information outlined in this affidavit, there is probable cause to believe that during the time period set forth herein, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, BRICETON GRANT, did possess with the intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841 (a)(1).

Stephen C Lamar
Task Force Officer (TFO)
Federal Bureau of Investigation

Sworn to and subscribed before me this 23 day of March 2022, Richmond, Virginia

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Reviewed and Approved by AUSA Angela Mastandrea-Miller AMM

4